IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3084 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL EUGENE WEST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After a telephone conference with counsel,

IT IS ORDERED that:

(1) A one-hour evidentiary hearing will be conducted on Mr. West's 2255 motion on Thursday, July 7, 2016, at 10:00 a.m., in Lincoln, in order to provide the government with an opportunity to present evidence respecting the assault by a confined person.

(2) The lawyers shall brief the relevance, if any, of the binding Rule 11(c)(1)(C) agreement in this case. The government shall file its brief in this regard on or before April 11, 2016. The defendant shall address this issue in its reply brief that is due on April 11, 2016.

(3) The United States Marshals Service is directed to obtain Michael E. West from his place of confinement and return him to this district so that he may be present for the evidentiary hearing on July 7, 2016, at 10:00 a.m.

DATED this 18th day of March, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge