IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3084 |
| V. | ) | |
| MICHAEL EUGENE WEST, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's unopposed motion to continue the deadline for filing defendant's brief (filing no. 102) is granted. The defendant's brief is due on or before April 25, 2016. On the court's own motion, the government's brief deadline is also extended and is now due on or before April 25, 2016.

DATED this 11th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge