IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:10CR3084** |
| vs. | |
| MICHAEL EUGENE WEST, | **ORDER** |
| Defendant. | |

IT IS ORDERED that defense counsel shall advise the undersigned as to whether the defendant consents to his June 4, 2020 revocation hearing being held by video or audio conference (under the CARES Act). If the defendant does not consent, the undersigned's judicial assistant will reschedule the in-court hearing to a later date. The defendant's response shall be filed in CM/ECF on or before May 20, 2020.

Dated this 13th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge