IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:10CR3084 |
| vs. | |
| MICHAEL EUGENE WEST, | ORDER |
| Defendant. | |

    IT IS ORDERED that the Defendant shall be released from CCA custody tomorrow, June 5th, 2020 at or about 10AM and defendant is to return to and self-surrender at CCA – Leavenworth on June 22nd, 2020 no later than noon. He shall reside with Ms. Fonda in Grand Island Nebraska and not leave that residence except to travel to Plattsmouth, NE to assist his mother regarding funeral arrangements for his father and to help her with her needs.

\* Subsequent to the hearing on this matter the place of self-surrender was changed to accommodate United States Marshall Service.

    Dated this 4th day of June, 2020.

                                                     BY THE COURT:

                                                     *Richard G. Kopf*
                                                     Richard G. Kopf
                                                     Senior United States District Judge